IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                           RESPONDENT

v.                          Criminal No. 6:11-cr-60012-001
                            Civil No. 6:16-cv-06058
BRANDON L. JONES                                                      MOVANT

## ORDER

Movant, a defendant in this criminal matter, confined to the Federal Bureau of Prisons, Pollock, Louisiana, has filed a Notice of Dismissal (ECF No. 114) of his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 98 and 106). He seeks dismissal without prejudice. The Motion to Vacate had been previously stayed pending the decision of the United States Supreme Court in *Beckles v. United States*, ___ U.S. ___, 2017 W.L. 855781 (March 6, 2017).

The Government has not responded to the Motion to Vacate and therefore dismissal is proper pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Movant's Notice of Dismissal is proper and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 98 and 106) are **DISMISSED** without prejudice.

**ENTERED this 27th day of April 2017.**

                                                        /s/ Susan O. Hickey
                                                       HON. SUSAN O. HICKEY
                                                       UNITED STATES DISTRICT JUDGE